IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI
AT JOPLIN

**PATRICIA CLEVENGER**
         **Plaintiff,**    )
                                    )
**v.**                                 )    Case No.
                                    )
**DUSTIN DWYER and**     )
**THE HERTZ CORPORATION**     )
                                    )
         **Defendants.**    )

**Serve:**

**Dustin Dwyer**
**15660 E. Evening Shade St.**
**Benton, KS 67017**

**The Hertz Corporation,**
**through its Registered Agent:**
**C T Corporation System**
**120 S. Central Ave.**
**Clayton, MO 63105**

## PETITION FOR DAMAGES

       COMES NOW Plaintiff Patricia Clevenger by and through her attorneys, and for her cause of action against defendants states as follows:

       1.       Patricia Clevenger is a resident of Missouri and over the age of 18.

       2.       Defendant Dustin Dwyer is a resident of Kansas and over the age of 18.

       3.       Defendant The Hertz Corporation is a corporation in good standing in the State of Missouri.

       4.       All events relevant to this cause of action occurred in Jasper County, Missouri.

       5.       On or about April 2, 2019, Plaintiff was the restrained driver of a 1995 Buick traveling westbound on 32nd Street in Joplin, Missouri.

6. At same time and location, defendant Dwyer was operating a 2019 Cadillac owned by defendant The Hertz Corporation, eastbound on 32nd Street in Joplin, Missouri.

7. Defendant Dwyer was driving in a reckless manner at a dangerously high speed and violently crashed head-on into Plaintiff's vehicle.

8. On April 2, 2019, while utilizing the public roadway defendants Dwyer and The Hertz Corporation owed to Plaintiff a duty to operate the vehicle under its control using the highest degree of care so as not to injure, maim, or harm Plaintiff.

11. Defendant Dwyer's reckless manner of driving was negligent per se.

12. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of defendants, Plaintiff sustained injuries to her back, neck, both shoulders, and both knees. Plaintiff has endured pain and will continue to endure pain in the future. Plaintiff has incurred medical bills and expenses and will incur medical bills in the future.

**WHEREFORE**, plaintiff prays judgment against Defendants for such damages as are fair and reasonable, prejudgment interest as provided by law, for Plaintiff's costs herein incurred and for such other relief as the Court deems just and reasonable.

    STICKLEN & DREYER, P.C.

    /s/ *Charles Sticklen*
    _____
    Charles J. Sticklen, Jr., #39333
    Sarah R. Sticklen, #71191
    1515 E. 32nd Street, Suite 1
    Joplin MO 64804
    PHONE: 417-626-9880/FAX: 417-626-7686
    charlie@sticklenanddreyer.com
    sarah@sticklenanddreyer.com



# IN THE 29TH JUDICIAL CIRCUIT, JASPER COUNTY, MISSOURI

| Judge or Division:<br>DAVID BOYCE MOUTON | Case Number: 19AO-CC00277 | |
|---|---|---|
| Plaintiff/Petitioner:<br>PATRICIA CLEVENGER<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES JOSEPH STICKLEN JR.<br>1515 E 32ND STREET  39333<br>JOPLIN, MO 64804 | FILED<br>Melissa Holcomb - Clerk<br>11/6/2019<br>JASPER COUNTY CIRCUIT COURT<br>JOPLIN, MISSOURI |
| Defendant/Respondent:<br>DUSTIN DWYER ET AL | Court Address:<br>601 S. Pearl<br>JOPLIN, MO 64801 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File St...) |

## Summons in Civil Case

**The State of Missouri to:** THE HERTZ CORPORATION

CT CORPORATION
120 S CENTRAL AVENUE    30 CTCOR
CLAYTON MO, MO 63105

**COURT SEAL OF JASPER COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

06-NOV-2019 — Date
Melissa Holcomb – Circuit Clerk
/S/Dana J. Attwood, D.C. — Deputy Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ___, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
LCW – B. LOVE (name) INTAKE SPECIALIST (title).
☐ other: ___

Served at **CT CORPORATION** (address)
in **St. Louis County** (County/City of St. Louis), MO, on **DEC 06 2019** (date) at **9 A.M** (time).

Nathan Gentry — Printed Name of Sheriff or Server
[signature] — Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on ___ (date).
(Seal)
My commission expires: ___
Date     Notary Public

2019 DEC -4 AM 11:07 ST. LOUIS COUNTY SHERIFF'S OFFICE RECEIVED

DEC 04 2019

**Sheriff's Fees, if applicable**
Summons $___
Non Est $___
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $___ (___ miles @ $___ per mile)
Total $___

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

12/4

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 19-SMCC-723    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

19-SMCC-11096

Electronically Filed - Jasper County - Joplin - December 09, 2019 - 03:10 PM

**IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI**
**AT JOPLIN**

| | | |
|---|---|---|
| **PATRICIA CLEVENGER** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Case No. 19AO-CC00277 |
| | ) | |
| **DUSTIN DWYER and** | ) | |
| **THE HERTZ CORPORATION** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## MOTION FOR CHANGE OF JUDGE

COMES NOW Plaintiff, by undersigned counsel and respectfully requests a change of Judge in this matter.

 

STICKLEN & DREYER, P.C.

/s/ *Charles Sticklen*
_____
Charles J. Sticklen, Jr., #39333
Sarah R. Sticklen, #71191
1515 E. 32nd Street, Suite 1
Joplin MO 64804
PHONE: 417-626-9880/FAX: 417-626-7686
charlie@sticklenanddreyer.com
sarah@sticklenanddreyer.com

**IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI**
**AT JOPLIN**

| | |
|---|---|
| **PATRICIA CLEVENGER** | ) |
|         **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 19AO-CC00277** |
| | ) |
| **DUSTIN DWYER and** | ) |
| **THE HERTZ CORPORATION** | ) |
| | ) |
|         **Defendants.** | ) |

### ENTRY OF APPEARANCE

Comes now Sarah René Sticklen, and hereby enters her appearance as co-counsel in the above matter.

                  STICKLEN & DREYER, P.C.

                  /s/ *Sarah René Sticklen*
                  _____
                  Sarah René Sticklen, Mo. Bar 71191
                  1001 Cherry St., Suite 104
                  Columbia MO 65201
                  Phone 573-303-6828/Fax 417-626-7686
                  [sarah@sticklenanddreyer.com](mailto:sarah@sticklenanddreyer.com)
                  ATTORNEYS FOR PLAINTIFF