# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| PATRICIA CLEVENGER ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-5001RK |
| ) | |
| DUSTIN DWYER and ) | |
| THE HERTZ CORPORATION ) | |
| ) | |
|     Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Patricia Clevenger, and Defendants, Dustin Dwyer and The Hertz Corporation, by and through their attorneys of record, and hereby stipulate to the dismissal of this matter, with prejudice. Each party agrees to bear their own costs.

    STICKLEN & DREYER, P.C.

    /s/ *Charles Sticklen*

    Charles J. Sticklen, Jr., #39333
    1515 E. 32nd Street, Suite 1
    Joplin MO 64804
    PHONE: 417-626-9880/FAX: 417-626-7686
    charlie@sticklenanddreyer.com

I hereby certify that the foregoing was sent,
via electronic mail, this 13th day of April, 2020, to:

Kyle N. Roehler, Mo. Bar #51727
1200 Main Street, Suite 2200
Kansas City, Missouri 61405
816-472-7474 Telephone
816-472-6262 Facsimile

    */s/ Charles Sticklen*